No. 505. MANHATTAN PROPERTIES, INC. *v.* IRVING TRUST CO., TRUSTEE; and
No. 506. BROWN ET AL. *v.* SAME. November 13, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. C. Dickerman Williams, William D. Mitchell, Rollin Browne, Ralph Montgomery Arkush,* and *Amos J. Peaslee* for peti-

tioners. *Messrs. Frederick H. Wood, Wm. D. Whitney, James S. Hays,* and *Harold L. Fierman* for respondent.